UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:03M130 |
| | ) | |
| vs. | ) | MOTION TO DISMISS |
| | ) | COMPLAINT |
| **ENRIQUE ALBERT NOVO** | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of this Court endorsed on the attached Order for Dismissal, the United States Attorney for the Western District of North Carolina hereby dismisses the above-captioned criminal complaint in the above captioned case without prejudice.

Respectfully submitted, this the day of July 17, 2006.

GRETCHEN C.F. SHAPPERT, United States Attorney
s/Keith M. Cave
Assistant United States Attorney
Keith M. Cave Bar: State of Maryland
Attorney for the Plaintiff
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 344-6222 (office)
(704) 344-6629 (facsimile)
Keith.Cave@usdoj.gov

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.3:03M103 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | COMPLAINT |
| **ENRIQUE ALBERT NOVO** | ) | |

Leave of Court is hereby granted for the dismissal of the criminal complaint in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshal Service and the United States Attorney's Office.