UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.3:03M103 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | COMPLAINT |
| **ENRIQUE ALBERT NOVO** | ) | |

Leave of Court is hereby granted for the dismissal of the criminal complaint in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshal Service and the United States Attorney's Office.

**SO ORDERED**.

Signed: July 17, 2006

Carl Horn, III
United States Magistrate Judge